UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

AGATHA MRSIC, on behalf of herself and others similarly situated,

Plaintiff,

v.

DRG HOSPITALITY GROUP, INC. d/b/a DELMONICO'S, and DENNIS TURCINOVIC,

Defendants.

---------------------------------------------------------------X

Case No. 26 CV 5557 (JLR)

**~~[proposed]~~ JUDGMENT**

WHEREAS, pursuant to Fed. R. Civ. P. 68, Defendants DRG HOSPITALITY GROUP, INC. d/b/a DELMONICO'S, and DENNIS TURCINOVIC (collectively, "Defendants"), have offered to allow judgment to be entered against them and in favor of Plaintiff AGATHA MRSIC ("Plaintiff"); and

WHEREAS, the offer of judgment encompasses all of Plaintiff's claims contained in the Complaint; and

WHEREAS, all the terms of the offer of judgment are hereby incorporated into this Judgment; and

WHEREAS, Plaintiff having confirmed acceptance of Defendants' offer of judgment; it is hereby,

ORDERED, ADJUDGED, AND DECREED that judgment in the amount of Five Thousand Dollars and Zero Cents ($5,000) against the Defendants and in favor of Plaintiff shall be entered encompassing all of Plaintiff's claims for relief in the Complaint in this Action.

Dated: New York, New York
November 13, 2026

Jennifer Rochon
Hon. Jennifer L. Rochon (U.S.D.J.)